■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAUN CUOMO, Appellant. [26 NYS3d 707]—Appeal by the defendant from two judgments of the County Court, Dutchess County (Greller, J.), both rendered November 12, 2013, convicting him of grand larceny in the third degree under Superior Court information No. 41/12 and grand larceny in the third degree under indictment No. 73/12, respectively, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

The sentences imposed were not excessive (*see People v Suitte*, 90 AD2d 80 [1982]).

The defendant's remaining contention is unpreserved for appellate review and, in any event, without merit. Leventhal, J.P., Dickerson, Roman and Maltese, JJ., concur.